

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00632-CV

_____

IN THE INTEREST OF T.K. AND A.K., CHILDREN

On Appeal from the 324th District Court
Tarrant County, Texas
Trial Court No. 324-753649-24

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION AND JUDGMENT

Appellant filed three motions for an extension of time to file his brief. We granted all three extensions, and in our most-recent order granting an extension, we indicated that "***NO FURTHER EXTENSIONS WILL BE GRANTED.***"

Per our most-recent order, appellant's brief was due on May 6, 2026. On May 13, 2026, we notified appellant that his brief had not been filed as the appellate rules require. *See* Tex. R. App. P. 38.6(a). We stated that we could dismiss the appeal for want of prosecution unless, within ten days, appellant filed with the court an appellant's brief and an accompanying motion reasonably explaining the brief's untimely filing and why an extension was needed. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b). We have received no response.

Because appellant has failed to file a brief even after we afforded an opportunity to explain the initial failure, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Per Curiam

Delivered: June 11, 2026